# REQUIRED STATEMENT
# TO ACCOMPANY ALL MOTIONS FOR RELIEF FROM STAY

All Cases:  Debtor(s)  **James K Allen**  and  **Rosiland D Allen**  Case No. 19-08666 Chapter **13**
All Cases:  Name of Moving Creditor  **Ally Financial**  Date Case Filed  **March 27, 2019**

Nature of Relief Sought:  ☒ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13:  Date of Confirmation Hearing ____ or Date Plan Confirmed ____

Chapter 7:   ☐  No-Asset Report Filed on ____
             ☐  No-Asset Report not Filed, Date of Creditors Meeting __

1. Collateral
   a. ☐ Home _____
   b. ☒ Car  Year, Make and Model  2019 KIA SPORTAGE VIN:KNDPM3AC5K7567635
   c. ☐ Other _____

2. Balance Owed as of Petition Date $ **29,040.25.**
   Total of all other Liens against Collateral $ _____

3. Attach a payment history, or list the months post-petition for which full payment from the debtor was not Received: **February through June 2019**

4. Estimated Value of Collateral (must be supplied in all cases) $**24,853.00**

5. Default
   a. ☐ Pre-Petition Default
      Number of months ____     Amount $ ____
   b. Post-Petition Default
      ☒ On direct payments to the moving creditor
      Number of months **February through June 2019**     Amount $ **3,450.18, which amount includes attorney fees and costs of $681**
      ☐ On payments to the Standing Chapter 13 Trustee
      Number of months ____     Amount $ ____

6. Other Allegations
   a. ☒ Lack of Adequate Protection § 362 (d)(1)
      i.   ☒ No insurance _____
      ii.  ☐ Taxes unpaid _____   Amount $ ____
      iii. ☒ Rapidly depreciating asset _____
      iv.  ☐ Other (describe) _____
   b. ☒ No Equity and not Necessary for an Effective Reorganization § 362 (d)(2)
   c. Other "Cause" § 362 (d)(1)
      i.   ☐ Bad Faith ____
      ii.  ☐ Multiple filings .
      iii. ☐ Other (describe) _____
   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date:  July 13, 2019                    /s/ James M. Philbrick
(Rev. 6/1/09)                           Counsel for **Ally Financial**